**Motion Granted; Order filed February 16, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00481-CV

_____

**ALEJANDRO VIVANCO ALARCON AS EXECUTOR OF THE ESTATE OF ARACELI ALARCON VELAZQUEZ, DECEASED, MARIE EUGENIE ALARCON VELAZQUEZ, AND ROBERT BLAAUW AS RECEIVER FOR ZALINCO CORPORATION, N.V. AND OCANA CORPORATION, N.V., Appellants**

**V.**

**GABRIEL ALARCON VELAZQUEZ, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2006-51822**

## ORDER

Alejandro Vivanco Alarcon as Executor of the Estate of Araceli Alarcon Velazquez, Deceased, Marie Eugenie Alarcon Velazquez, and Robert Blaauw as Receiver for Zalinco Corporation, N.V. and Ocana Corporation, N.V. ("The Alarcon Parties") filed a notice of appeal from the trial court's final judgment. Gabriel

Alarcon Velazquez also filed a notice of appeal from the same judgment. On November 22, 2016, this court granted the parties' joint motion for a briefing schedule. On February 10, 2017, the parties filed a joint motion to extend the deadlines on the briefing schedule. The motion is granted. Accordingly, we order the following:

- Gabriel Alarcon Velazquez's combined appellee/cross-appellant's brief (22,500 word limit) shall be due February 27, 2017;
- The Alarcon Parties' combined reply brief/cross-appellees' brief (12,500 word limit) shall be due March 29, 2017; and
- Gabriel Alarcon Velazquez's reply brief (5,000 word limit) shall be due April 18, 2017.

The aggregate briefing for each side shall not exceed 27,500 words.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Wise.